# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2019

158220

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

STEDMANN DEONTRELLE SKINNER,
     Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158220
COA: 343906
Genesee CC: 17-041395-FH

_____/

On order of the Court, the application for leave to appeal the June 29, 2018 order of the Court of Appeals is considered. We DIRECT the Genesee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2019



Clerk

s0320